UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH D. FRAGA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>　　　　Defendants. | Case No.  5:19-cv-06855-EJD<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 24 |

On July 1, 2020, the Parties filed a stipulation to remand the above-captioned case from this Court to the Superior Court of the State of California for the County of Santa Clara. *See* Dkt. 24. Pursuant to the United States Code, this Court may only remand a case if it lacks subject-matter jurisdiction over the case. *See* 28 U.S.C. § 1447. In the alternative, the Court may also remand a case if the plaintiff can show some procedural defect with removal. *See id.* In their stipulation and proposed order, the Parties do not explain why the Court lacks subject-matter jurisdiction over the case or why there is some other procedural basis to remand. The Court thus issues an **ORDER TO SHOW CAUSE** as to why the case should be remanded. The Parties shall file a joint written response to this order to show cause by **July 9, 2020** to explain why the case should be remanded.

**IT IS SO ORDERED.**

Dated: July 2, 2020

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:19-cv-06855-EJD
ORDER TO SHOW CAUSE